IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Rebecca A. Dean, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cv-38 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| Social Security Administration | ) | **RECOMMENDATION** |
| Commissioner, Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff sought judicial review of the final decision of the Commissioner of Social Security denying her application for disability insurance benefits.  The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending the decision of the Commissioner be affirmed (Doc. #22).  Neither party has filed an objection to the Report and Recommendation.

After carefully reviewing the Report and Recommendation, along with the entire file, the Court agrees with the Magistrate Judge's analysis.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Plaintiff's motion for summary judgment, or in the alternative, motion to remand (Doc. #14) is hereby **DENIED**; Defendant's motion for summary judgment (Doc. #19) is hereby **GRANTED**; and the Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 26th day of August, 2011.

                                                               /s/   Ralph R. Erickson
                                                               Ralph R. Erickson, Chief Judge
                                                               United States District Court